UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br>Plaintiff,<br>v.<br>COUNTY OF FRESNO et al<br>Defendant. | Case No.: 1:26-CV-9373-FJS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Pending before the court is Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915. The court has reviewed Plaintiff's application to proceed *in forma pauperis* and determined that Plaintiff has made the showing required by section 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED. 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE